**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1500

TIA S. BALDWIN,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Louise W. Flanagan,
Chief District Judge.  (CA-03-171-7-FL)

Submitted:  April 14, 2006            Decided:  May 5, 2006

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellant.
Frank D. Whitney, United States Attorney, R. A. Renfer, Jr., Anne
M. Hayes, Assistant United States Attorneys, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tia S. Baldwin appeals the district court's order accepting the report and recommendation of a magistrate judge and affirming the Commissioner's denial of Social Security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Baldwin v. Barnhart, No. CA-03-171-7-FL (E.D.N.C. Mar. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED